IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH BERGAN,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 11-7548** |
| | : | |
| **UNITED STATES OF AMERICA, et al.,** | : | |
| **Defendants.** | : | |

## V E R D I C T   A N D   O R D E R   O F   J U D G M E N T

**AND NOW**, this 11th day of July 2013, upon consideration of the evidence presented at trial of this matter, verdict and judgment is hereby entered in favor of the United States of America and the United States Department of Veterans Affairs, and against Joseph Bergan.[1]

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.

---

[1] The Clerk is reminded that this case remains active and that the United States of America and the United States Department of Veterans Affairs remain parties.